FILED BY TS D.C.

Aug 22, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23- 60154-CR-SINGHAL/DAMIAN

18 U.S.C. § 1204(a)

UNITED STATES OF AMERICA

v.

HAMILTON ALEXANDER MERILUS,
    a/k/a "Salahudin Sabah Alexander
    Amhadulla-Merilus,"

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### International Parental Kidnapping
### (18 U.S.C. § 1204(a))

On or about November 7, 2022, and continuing through the date of the return of this Indictment, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

HAMILTON ALEXANDER MERILUS,
a/k/a "Salahudin Sabah Alexander
Amhadulla-Merilus,"

removed and retained a child, that is "A.M.," outside the United States with the intent to obstruct the lawful exercise of another person's parental rights, in violation of Title 18, United States Code, Section 1204(a) and 2.

### COUNT 2
### International Parental Kidnapping
### (18 U.S.C. § 1204(a))

On or about November 7, 2022, and continuing through the date of the return of this Indictment, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

HAMILTON ALEXANDER MERILUS,
a/k/a "Salahudin Sabah Alexander
Amhadulla-Merilus,"

removed and retained a child, that is "I.M.," outside the United States with the intent to obstruct the lawful exercise of another person's parental rights, in violation of Title 18, United States Code, Section 1204(a) and 2.

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ALEXANDRA D. COMOLLI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

HAMILTON ALEXANDER MERILUS,
a/k/a "Salahudin Sabah Alexander
Amhadulla-Merilus," _____ /
           Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
- ☐ Miami      ☐ Key West    ☐ FTP
- ☒ FTL        ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☒ 0 to 5 days               ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-MJ-6356-PAB

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of August 9, 2023

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
ALEXANDRA D. COMOLLI
Assistant United States Attorney
Court ID No.   A5502803

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Hamilton Alexander Merilus, a/k/a "Salahudin Sabah Alexander Amhadulla-Merilus"

**Case No**: _____

Counts #: 1 and 2

International Parental Kidnapping

Title 18, United States Code, Section 1204(a)
* **Max. Term of Imprisonment:** Three (3) years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** One (1) Year
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.